UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERMAINE L. BRAXTON　　　　　　　　　　　　　　　　PLAINTIFF
#650505

v.　　　　　　　　No. 3:20-cv-13-DPM

JACKSON COUNTY DETENTION
CENTER; DAVID LUCAS, Sheriff,
Jackson County Detention Center;
NICOLE CARTER, Captain, Jackson
County Detention Center; and
JESS FOUST, Lieutenant, Jackson
County Detention Center　　　　　　　　　　　　　　　DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Braxton hasn't filed an amended complaint; and the time to do so has passed. *Doc. 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2020