# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERMAINE L. BRAXTON**  
**#650505**                                                                                    **PLAINTIFF**

v.                          No. 3:20-cv-13-DPM

**JACKSON COUNTY DETENTION**
**CENTER; DAVID LUCAS, Sheriff,**
Jackson County Detention Center;
**NICOLE CARTER, Captain,** Jackson
County Detention Center; and
**JESS FOUST, Lieutenant,** Jackson
County Detention Center                                                              **DEFENDANTS**

## JUDGMENT

Braxton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2020